IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | CASE NO. 19-mj-90112-KGG |
| SAMANTHA A. JACKSON<br>FORT RILEY, KS | |

## INFORMATION

The United States Attorney charges that:

On or about September 19, 2019 at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, SAMANTHA A. JACKSON did unlawfully commit a simple assault upon another, to wit: A.J., 6/2014, a child under the age of 16, in violation of Title 18, United States Code, Section 113(a)(5). **(Assault on a Child) (Class A Misdemeanor)**

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas

*/s/ Robin Graham*
ROBIN GRAHAM
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed  Sep 30, 2019

HON. KENNETH G. GALE
U.S. Magistrate Judge